AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| SCOTT WHITTINGTON | ) Case No. 4:22-MJ-255 |
| | ) |
| | ) **SEALED** |
| | ) |
| Defendant(s) | ) |

FILED
APR 27 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 26, 2022__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a convicted felon. |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Tessitore, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/27/2022  7:15am__

_____
Judge's signature

City and state: __Sherman, Texas__

Christine A. Nowak, Magistrate Judge
Printed name and title